**United States Court of Appeals**

**FOR THE EIGHTH CIRCUIT**

———————————

No. 96-3378EM

———————————

United States of America,     *
                         *

         Appellee,     *    Appeal from the United States
                         *    District Court for the Eastern

   v.                    *    District of Missouri.
                         *

Ira Anthony Johnson,      *         [UNPUBLISHED]
                         *

         Appellant.     *

———————————

Submitted: April 3, 1997

Filed: April 9, 1997

———————————

Before McMILLIAN, FAGG, and LOKEN, Circuit Judges.

———————————

PER CURIAM.

Ira Anthony Johnson appeals his weapons-related convictions and guidelines sentence. Johnson's challenge to the constitutionality of the 18 U.S.C. § 922(g)(1) weapons charges based on <u>Lopez v. United States</u>, 115 S. Ct. 1624 (1995), is foreclosed by our recent decisions. <u>See</u> <u>United States v. Bates</u>, 77 F.3d 1101, 1103-04 (8th Cir.), <u>cert. denied</u>, 117 S. Ct. 215 (1996); <u>United States v. Shelton</u>, 66 F.3d 991, 992 (8th Cir. 1995) (per curiam), <u>cert. denied</u>, 116 S. Ct. 1364 (1996). Also, the district court correctly concluded that in the absence of a motion by the Government for a downward departure it could not sentence Johnson to less than the minimum fifteen-year term mandated by 18 U.S.C. § 924(e)(1). <u>See</u> <u>United States v. Rudolph</u>, 970 F.2d 467, 470 (8th Cir. 1992), <u>cert. denied</u>, 506 U.S. 1069 (1993). We thus affirm Johnson's convictions and sentence. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.